**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Brook A. Dohmen, SBN 242815
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY, CITY OF SACRAMENTO, STEIN BUER and JULIE LEINERT

Lawrence J. Murray, SBN 77536
**MURRAY & ASSOCIATES**
1781 Union Street
San Francisco, CA 94123
TEL: 415-673-0555
FAX: 415-928-4084

Attorney for Plaintiff MAGGIE FRANKLIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE FRANKLIN,<br><br>         Plaintiff,<br><br>v.<br><br>SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency, STEIN BUER and JULIE LEINERT,<br><br>         Defendants.<br>_____/ | CASE NO. 2:07-CV-01263-WBS-GGH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES, SUPPLEMENTAL DISCLOSURES OF REBUTTAL EXPERT WITNESSES, AND DISCOVERY COMPLETION** |

Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY, CITY OF SACRAMENTO, STEIN BUER and JULIE LEINERT, by and through their respective attorneys of record, hereby agree to the proposed changes set forth below and request the Court to modify the Pre-Trial Scheduling Order issued August 31, 2007 as follows:

1

| | |
|---|---|
| Expert Witness Disclosure | May 30, 2008 |
| Supplemental Rebuttal Disclosure of Experts | June 30, 2008 |
| Discovery Completion Deadline | July 30, 2008 |

Good cause exists to modify the Scheduling Order because the parties still need to complete necessary discovery for the parties' experts to review prior to drafting their reports for disclosure pursuant to F.R.C.P. 26(a)(2). All parties have agreed to complete the necessary discovery as soon as reasonably possible, and therefore respectfully request modification of the Scheduling Order as identified above.

Dated: March 20, 2008     PORTER SCOTT
                          A PROFESSIONAL CORPORATION


                          By /s/ Brooke A. Dohmen
                              Nancy J. Sheehan
                              Brooke A. Dohmen
                              Attorneys for Defendants

Dated: March 20, 2008     MURRAY & ASSOCIATES


                          By /s/ Lawrence D. Murray (as authorized on 3/18/08)
                              Lawrence D. Murray
                              Attorney for Plaintiff

**ORDER**

Based on the Stipulation of the parties and good cause appearing therefor:

    IT IS HEREBY ORDERED that the Pre-Trial Schedule is modified as set forth below:

| | |
|---|---|
| Expert Witness Disclosure | May 30, 2008 |
| Supplemental Rebuttal Disclosure of Experts | June 30, 2008 |
| Discovery Completion Deadline | July 30, 2008 |

In all other respects, the Pre-Trial Scheduling Order issued August 31, 2007 shall remain in full force and effect.

    IT IS SO ORDERED.

Dated: March 20, 2008

                                                                       _[signature]_
                                                                       WILLIAM B. SHUBB
                                                                       UNITED STATES DISTRICT JUDGE