**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
James S. Yi, SBN 251007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY, CITY OF SACRAMENTO, STEIN BUER and JULIE LIENERT

Lawrence J. Murray, SBN 77536
**MURRAY & ASSOCIATES**
1781 Union Street
San Francisco, CA 94123
TEL: 415-673-0555
FAX: 415-928-4084

Attorney for Plaintiff MAGGIE FRANKLIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE FRANKLIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency, STEIN BUER and JULIE LIENERT,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:07-CV-01263-WBS-GGH<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES, SUPPLEMENTAL DISCLOSURES OF REBUTTAL EXPERT WITNESSES, AND DISCOVERY COMPLETION** |

Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD CONTROL

AGENCY, CITY OF SACRAMENTO, STEIN BUER and JULIE LIENERT, by and through their

respective attorneys of record, hereby agree to the proposed changes set forth below and request the

Court to further modify the Pre-Trial Scheduling Order previously modified on March 20, 2008, as

1

follows:

| | |
|---|---|
| Expert Witness Disclosure | June 16, 2008 |
| Supplemental Rebuttal Disclosure of Experts | July 15, 2008 |
| Discovery Completion Deadline | August 29, 2008 |
| Last Day to Hear Discovery Motions | August 29, 2008 |

Good cause exists to further modify the Scheduling Order because the parties have yet to complete discovery necessary for the parties' experts to draft their reports for disclosure pursuant to F.R.C.P. 26(a)(2). Discovery has been delayed due to the unavailability of witnesses for deposition and other scheduling conflicts. All parties have agreed to complete the necessary discovery as soon as reasonably possible, and therefore respectfully request further modification of the Scheduling Order as identified above.

Dated: May 21, 2008            PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                               By /s/ Nancy J. Sheehan
                                   Nancy J. Sheehan
                                   James S. Yi
                                   Attorneys for Defendants

Dated: May 21, 2008            MURRAY & ASSOCIATES


                               By /s/ Lawrence D. Murray (as per attachment)
                                   Lawrence D. Murray
                                   Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:   May 21, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE