**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
James S. Yi, SBN 251007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO AREA FLOOD CONTROL AGENCY and CITY OF SACRAMENTO

**MURRAY & ASSOCIATES**
Lawrence J. Murray, SBN 77536
1781 Union Street
San Francisco, CA 94123
TEL: 415-673-0555
FAX: 415-928-4084

Attorney for Plaintiff
MAGGIE FRANKLIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE FRANKLIN,<br><br>        Plaintiff,<br><br>v.<br><br>SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency,<br><br>        Defendants. | CASE NO.  2:07-CV-01263-WBS-GGH<br><br>**FOURTH JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER AND CONTINUE THE FINAL PRE-TRIAL CONFERENCE**<br><br>Complaint Filed: June 26, 2007<br>1st Amended Complaint Filed: June 16, 2008 |

Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD

CONTROL AGENCY, and the CITY OF SACRAMENTO, by and through their respective

attorneys of record, hereby stipulate and request the Court to further modify the Pre-Trial

Scheduling Order by continuing the Final Pre-Trial Conference from February 23, 2009 to **April 6, 2009**.  Jury trial in this case is currently scheduled for May 27, 2009.

Good cause exists to continue the Final Pre-Trial Conference because Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Defendants' Motion") against all of Plaintiff's nine claims for relief is currently pending before the Court.  Since the hearing for Defendants' Motion is set for March 2, 2009, the Final Pre-Trial Conference is scheduled to occur before the Court rules on Defendants' Motion.  The parties believe obtaining the Court's ruling on Defendants' Motion for Summary Judgment before preparing their Separate Pre-Trial Statements will result in the more efficient and effective use of the Court's time and resources.  For this reason, the parties respectfully request the Court continue the Final Pre-Trial Conference from February 23, 2009 to **April 6, 2009 at 2:00 p.m**.

|  |  |
|---|---|
|  | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| January 26, 2009 | By /s/ Carl L. Fessenden<br>     Carl L. Fessenden<br>     James S. Yi<br>     Attorneys for Defendants |
|  | MURRAY & ASSOCIATES |
| January 26, 2009 | By /s/ Lawrence D. Murray (as authorized on 1/26/09)<br>     Lawrence D. Murray<br>     Attorney for Plaintiff |

**IT IS SO ORDERED**.

Dated:   January 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE