Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel:    (415) 673-0555
Fax:    (415) 928-4084

Attorneys for Plaintiff
MAGGIE FRANKLIN

# UNITED STATES DISTRICT COURT

## Eastern District of California

## Sacramento Division

| | |
|---|---|
| MAGGIE FRANKLIN,<br><br>                Plaintiff,<br>    vs.<br><br>SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency, STEIN BUER, and JULIE LEINERT<br><br>                Defendants. | No.   2:07-CV-01263-WBS-GGH<br><br>**STIPULATION FOR ORDER EXTENDING FILING OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND [proposed] ORDER** |

     Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY, and the CITY OF SACRAMENTO, by and through their respective attorneys of record, hereby stipulate to an order granting an extension of time for plaintiff to file her opposition to defendants' motion for summary judgment, and for defendants to file their reply brief.

     Good cause exists to extend the filing of plaintiff's opposition in that Lawrence D. Murray, counsel for plaintiff, has been ill for several days, was diagnosed with a viral lung infection today by Dr. Michael Sdao, is expected to be ill for at least several more days, and therefore unable to work at all.  A copy of Dr. Sdao's verification is attached hereto as Exhibit A.  Furthermore, Mr. Murray's associate, Keith Howard, was unable to work on this opposition for several days due to an unexpected trip to Florida to assist his father who underwent surgery and was diagnosed with cancer.

*Franklin v. Sacramento Area Flood Control Agency, et al.*                                                      **Page 1**
United States District Court, Eastern District of California Case No. 2:07-CV-01263-WBS-GGH
Stipulation for Order Extending Filing of Opposition to Motion for Summary Judgment; ORDER

The parties have agreed and stipulated to the following briefing schedule regarding defendants' motion for summary judgment:

| Brief | Current Due Date | New Due Date |
|---|---|---|
| Opposition | February 17, 2009 | February 20, 2009 |
| Reply | February 23, 2009 | March 3, 2009 |

The hearing date for defendants' motion for summary judgment is March 2, 2009. The parties further stipulate to continuing the hearing on defendants' motion for summary judgment to March 16, 2009.

                                                Respectfully submitted,

                                                MURRAY & ASSOCIATES

February 12, 2009                          /s/ Lawrence D. Murray
                                                Lawrence D. Murray
                                                Attorney for Plaintiff

                                                PORTER SCOTT
                                                A PROFESSIONAL CORPORATION

February 12, 2009                          /s/ Carl L. Fessenden
                                                Carl L. Fessenden
                                                Attorneys for Defendants

**ORDER ON STIPULATION FOR EXTENSION TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**IT IS SO ORDERED:**

Good cause appearing: Plaintiff Maggie Franklin's opposition to defendants' motion for summary judgment shall be filed on or before February 20, 2009. Defendants' reply brief shall be filed on or before March 3, 2009. The hearing on defendants' motion for summary judgment is continued to March 16, 2009, at 2:00 p.m., in Courtroom 5.

Dated: February 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Franklin v. Sacramento Area Flood Control Agency, et al.*  **Page 2**
United States District Court, Eastern District of California Case No. 2:07-CV-01263-WBS-GGH
Stipulation for Order Extending Filing of Opposition to Motion for Summary Judgment; ORDER