## PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
James S. Yi, SBN 251007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO AREA FLOOD CONTROL AGENCY and CITY OF SACRAMENTO

**MURRAY & ASSOCIATES**
Lawrence J. Murray, SBN 77536
1781 Union Street
San Francisco, CA 94123
TEL: 415-673-0555
FAX: 415-928-4084

Attorney for Plaintiff
MAGGIE FRANKLIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE FRANKLIN, | CASE NO. 2:07-CV-01263-WBS-GGH |
| Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRETRIAL CONFERENCE STATEMENT FILING DEADLINES** |
| v. | |
| SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency, | Plaintiff's PTC Statement Filing Date: March 18, 2009 |
| | Complaint Filed: June 26, 2007 |
| Defendants. | 1st Amended Complaint Filed: June 16, 2008 |

Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY, and the CITY OF SACRAMENTO, by and through their respective attorneys of record, hereby stipulate and request the Court to further modify the Pre-Trial Scheduling Order by extending the date for filing final Pre Trial Conference Statements. It is

requested that the parties submit final Pre Trial Conference Statements on or before April 1, 2009. Jury trial in this case is currently scheduled for May 27, 2009.

Good cause exists to change the Final Pre-Trial Conference Statement due date because Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Defendants' Motion") against all of Plaintiff's nine claims for relief and ruling from the Court is currently pending before the Court. The hearing for Defendants' Motion came before the Court on March 16, 2009 2:00 p.m., and the Final Pre-Trial Conference is scheduled to occur by the Court's order on April 6, 2009. On March 16, 2009, at the hearing on Defendants' Motion, the Court suggested that the parties should meet and confer regarding the Statements' due dates since the Court wanted to keep the Pre-Trial Conference on the same date (not continue the April 6, 2009 Pre-Trial Conference) and anticipated that a ruling may be issued some time during the week of March 23, 2009. The Court and the parties believe that obtaining the Court's ruling on Defendants' Motion for Summary Judgment before preparing their Separate Pre-Trial Statements will result in the more efficient and effective use of the Court's and Parties' time and resources. For this reason, the parties respectfully request the Court modify the Pre Trial Scheduling Order so that final Pre Trial Conference Statements for both parties are due April 1, 2009.

PORTER SCOTT
A PROFESSIONAL CORPORATION

March 18, 2009                By  /s/ Carl L. Fessenden   (as authorized on 3/18/09)
                                  Carl L. Fessenden
                                  James S. Yi
                                  Attorneys for Defendants


MURRAY & ASSOCIATES

March 18, 2009                By /s/ Lawrence D. Murray
                                  Lawrence D. Murray
                                  Attorney for Plaintiff

2

**IT IS SO ORDERED**.

Dated: March 19, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE