UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MAGGIE FRANKLIN,　　　　　　　　　　NO. CIV. 07-1263 WBS GGH

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　ORDER

　　v.

SACRAMENTO AREA FLOOD CONTROL
AGENCY, a public entity, CITY OF
SACRAMENTO, a public agency,

　　　　Defendants.
_____/

----oo0oo----

　　　　Defendants have filed a motion for reconsideration of the court's Order of March 21, 2009, denying their motion for summary judgment. The motion for reconsideration raises new arguments not contained in the moving papers on the summary judgment motion. Accordingly, the court will construe the motion for reconsideration as a second, more earnest, motion for summary judgment.

　　　　IT IS THEREFORE ORDERED that:

　　　　1) Plaintiff shall file her opposition to defendants' second motion for summary judgment no later than 5:00 p.m. on

1

April 13, 2009;

    2) Defendants shall file a reply no later than 5:00 p.m. on April 16, 2009;

    3) The hearing on defendants' second motion for summary judgment is hereby re-set to 2:00 p.m. on April 20, 2009, in courtroom 5;

    4) The final pretrial conference now set for April 6 is hereby continued to 2:00 p.m. on May 4, 2009, in courtroom 5;

    5) Plaintiff shall file any amendments to her pretrial statement by 5:00 p.m. on April 24, 2009, and defendants shall file any amendments to their pretrial statement by 5:00 p.m. on April 29, 2009; and

    6) The trial date of 9:00 a.m. on May 27, 2009, shall remain unchanged.

    IT IS SO ORDERED.

DATED: April 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE