MURRAY & ASSOCIATES
Lawrence D. Murray, SBN 77536
1781 Union Street
San Francisco, CA 94123
TEL: 415-673-0555
FAX: 415-928-4084

Attorney for Plaintiff
MAGGIE FRANKLIN


**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
James S. Yi, SBN 251007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO AREA FLOOD CONTROL AGENCY and CITY OF SACRAMENTO


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| MAGGIE FRANKLIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency,<br><br>　　　　Defendants. | CASE NO. 2:07-CV-01263-WBS-GGH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRETRIAL CONFERENCE AND TO PERMIT FILING OF AMENDED PRETRIAL CONFERENCE STATEMENTS**<br><br>Complaint Filed: June 26, 2007<br>1st Amended Complaint Filed: June 16, 2008 |

1

Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY, and the CITY OF SACRAMENTO, by and through their respective attorneys of record, hereby stipulate and request the Court to continue the trial date, currently set for May 27, 2009, to October 6, 2009. It is further requested that the pretrial conference, currently scheduled for May 4, 2009, be continued to September 8, 2009 and to permit the filing of amended pretrial conference statements.

Good cause exists to continue the trial and pretrial conference because plaintiff's counsel is currently in trial in Fresno County Superior Court which is not expected to conclude by May 27, 2009. Additionally, the parties have scheduled a mediation for Saturday, May 2, 2009.

The parties hereby stipulate to continuing the trial of this matter from May 27, 2009 to October 6, 2009 as well as to continue the pretrial conference from May 4, 2009 to September 8, 2009.

Due to this Court's recently filed Amended Memorandum and Order Re: Motion for Summary Judgment, the parties further stipulate to that plaintiff may file an amended Pretrial Conference Statement on or before August 14, 2009 and defendants may file their amended Pretrial Conference Statement on or before August 21, 2009.

The parties, believe that continuing the trial and pretrial conference such that plaintiff's lead trial counsel may attend the pretrial conference will result in the more efficient and effective use of the Court's time and resources. For this reason, the parties respectfully request the Court continue the trial in this matter from May 27, 2009 to October 6, 2009 and the Pretrial Conference from May 4, 2009 to September 8, 2009. It is further requested that plaintiff be permitted to file an amended Pretrial Conference Statement by August 14, 2009 and defendants be permitted to file their amended Pretrial Conference Statement by August 21, 2009.

///

///

///

|  |  |
|---|---|
|  | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| May 1, 2009 | By /s/ Carl L. Fessenden<br>    Carl L. Fessenden<br>    James S. Yi<br>    Attorneys for Defendants |
|  | MURRAY & ASSOCIATES |
| May 1, 2009 | By /s/ Lawrence D. Murray<br>    Lawrence D. Murray<br>    Attorney for Plaintiff |

**IT IS SO ORDERED**.

Dated: May 5, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE