**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
James S. Yi, SBN 251007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO AREA FLOOD CONTROL AGENCY and CITY OF SACRAMENTO

**MURRAY & ASSOCIATES**
Lawrence D. Murray, SBN 77536
1781 Union Street
San Francisco, CA 94123
TEL: 415-673-0555
FAX: 415-928-4084

Attorney for Plaintiff
MAGGIE FRANKLIN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE FRANKLIN, | CASE NO.  2:07-CV-01263-WBS-GGH |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO MOVE THE FINAL PRE-TRIAL CONFERENCE** |
| v. | |
| SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency, | Final Pretrial Conference: Sept. 8, 2009 Trial: October 6, 2009 |
| Defendants. | |
| _____/ | |

Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD

CONTROL AGENCY, and the CITY OF SACRAMENTO, by and through their

respective attorneys of record, hereby stipulate and request the Court move the Final Pre-

{00701122.DOC}                                      1

**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE FINAL PRE-TRIAL CONFERENCE**

Trial Conference from **September 8, 2009** to **August 31, 2009**.  The last day for Plaintiff to file an amended Pretrial Statement is August 14, 2009 and the last day for Defendants to file an amended Pretrial Statement is August 21, 2009.  Jury trial in this case is currently scheduled for October 6, 2009.

Good cause exists to move the Final Pre-Trial Conference up one week because Defense Counsel, Carl L. Fessenden, will be away from Sacramento at the California Joint Powers Association (CAJPA) Conference on September 8, 2009.  Mr. Fessenden is a speaker at the conference.  His commitment to CAJPA conflicts with the Pre-trial Conference.  For this reason, the parties respectfully request the Court continue the Final Pre-Trial Conference from September 8, 2009 to **August 31, 2009**.

July 17, 2009                              PORTER SCOTT
                                                    A PROFESSIONAL CORPORATION


                                                    By   /s/ Carl L. Fessenden
                                                          Carl L. Fessenden
                                                          Attorneys for Defendants

July 17, 2009                              MURRAY & ASSOCIATES


                                                    By   /s/Lawrence D. Murray (as authorized on 7/17/09)
                                                          Lawrence D. Murray
                                                          Attorney for Plaintiff


        **IT IS SO ORDERED**.


Dated:  July 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE FINAL PRE-TRIAL CONFERENCE**