**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY, and CITY OF SACRAMENTO

**MURRAY & ASSOCIATES**
Lawrence J. Murray, SBN 77536
1781 Union Street
San Francisco, CA 94123
TEL: 415-673-0555
FAX: 415-928-4084
Attorney for Plaintiff
MAGGIE FRANKLIN

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE FRANKLIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO AREA FLOOD CONTROL AGENCY, a public entity, CITY OF SACRAMENTO, a public agency,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:07-CV-01263-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS SACRAMENTO AREA FLOOD CONTROL AGENCY and CITY OF SACRAMENTO**<br><br>Complaint Filed: June 26, 2007<br>1st Amended Complaint Filed: June 16, 2008 |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MAGGIE FRANKLIN and Defendants SACRAMENTO AREA FLOOD CONTROL AGENCY and CITY OF SACRAMENTO, by and through their undersigned counsel, that this action be dismissed, with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

1

**IT IS SO STIPULATED.**

Dated:11/06/09							PORTER SCOTT
								A PROFESSIONAL CORPORATION


								By  /s/Carl L. Fessenden
									Carl L. Fessenden
									Attorneys for Defendants



Dated: 11/05/09							MURRAY & ASSOCIATES


								By    /s/Lawrence D. Murray (authorized 11/5/09)
									Lawrence D. Murray
									Attorney for Plaintiff



**IT IS SO ORDERED**


Dated:  November 9, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE